UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00189(1)-CRW |
| | § | |
| (1) Christopher Mikel Clark | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 10, 2026, wherein the defendant (1) Christopher Mikel Clark waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Christopher Mikel Clark to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Christopher Mikel Clark's plea of guilty to Count Ones S (1s) and Two S (2s) is accepted.

Signed this 20th day of July, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE